### FOSTER *v.* THOMAS.

BELL, Justice. 1. Acquiescence for seven years by acts or declarations of adjoining landowners shall establish a dividing line; and where a line has been so established as between coterminous owners, it will be binding upon their respective grantees. Code, § 85-1602; *Osteen* v. *Wynn,* 131 *Ga.* 209 (4) (62 S. E. 37, 127 Am. St. R. 212).

2. The evidence in this case demanded a finding that the line claimed by the defendant had been established by such acquiescence as between him and a coterminous owner under whom the plaintiff held; and such being the case, the court did not err in directing the verdict in favor of the defendant. Compare *Brown* v. *Hester,* 169 *Ga.* 410 (150 S. E. 556) ; *Sikes* v. *Mutual Benefit Life Insurance Co.,* 182 *Ga.* 858 (187 S. E. 61).

*Judgment affirmed. All the Justices concur.*

No. 14074. APRIL 23, 1942.

*Joseph G. Collins,* for plaintiff.

*Haralson & Carr* and *Jack G. Tarpley,* for defendant.